IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. - 21-mj-381 |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| **JALISE MIDDLETON** | ) | |

Assistant United States Attorney, Brian P. Kelly, hereby files this Notice of Appearance in the above-captioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar Number 415793

/s/ *Brian P. Kelly*
Brian P. Kelly
Assistant United States Attorney
D.C. Bar No. 983689
555 4th Street NW, Room 3816
Washington, DC 20530
202-252-7503
brian.kelly3@usdoj.gov

May 17, 2021

## **CERTIFICATE OF SERVICE**

On this 18th day of May 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Brian Kelly*
Brian Kelly
Assistant United States Attorney