## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1:21-cr-00367-RDM-01** |
| | **:** | |
| **JALISE MIDDLETON,** | **:** | |
| **Defendant.** | **:** | |

### NOTICE OF APPEARANCE (LIMITED)

COMES NOW,  Allen H. Orenberg and hereby enters his appearance on behalf of the Defendant, Jalise Middleton, in the above-captioned criminal cause, for the limited purpose of moving the admission of attorney Phillip Linder.


Respectfully Submitted,


_____-*S*-_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of May, 2021, a copy of the foregoing Notice of Appearance (Limited), was delivered to case registered parties by the CM/ECF court system.

_____-S-_____
Allen H. Orenberg

2