UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 21-CR-367-RDM |
| JALISE MIDDLETON ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Allen H. Orenberg, counsel for Defendant Jalise Middleton, hereby respectfully moves this Court for entry of an Order permitting Phillip Linder to appear *pro hac vice* in accordance with LCrR 44.1(d). In support thereof, I hereby submit the accompanying Declaration, along with a proposed Order for the Court's consideration.

1. Phillip Linder and his firm have been retained by the Defendant for representation in the above-captioned case.

2. Mr. Linder has been in regular communication with the Defendant throughout the time period that the extradition process has been pending.

3. Mr. Linder has completed a declaration required by Local Criminal Rule LCr44.1(d), which is attached as an exhibit to this motion.

4. This case is not a related or consolidated matter for which Mr. Linder has previously applied to appear *pro hac vice*.

5. The office address of Mr. Linder is: 3300 Oak lawn Ave., Suite 700, Dallas, Texas 75219

6. Mr. Linder regularly practices in federal court and is familiar with the United States Code pertaining to the jurisdiction of and practice in the United States District Courts; the federal rules of criminal and civil procedure, and the United States Sentencing

Guidelines.

7. Mr. Linder indicates that he has reviewed the Local Rules of this Court, and will faithfully adhere to the rules.

WHEREFORE, having complied with the requirements of this Court's Local Rules concerning the appearance of counsel who are not members of this Court, and based upon Mr. Linder's experience and credentials outlined above, it is respectfully requested that this Court grant this motion and admit Phillip Linder *pro hac vice* to appear and be heard, with or without the presence of local counsel, as Defendant's counsel in this case.

Respectfully submitted,

/s/ Allen H. Orenberg

Allen H. Orenberg, Bar No. 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Office: 301-984-8005
Cell-Phone: 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2021, I filed the foregoing Motion For Admission Pro Hac Vice by the Court's CM/ECF system. All case registered parties will be served by CM/ECF.

/s/ Allen H. Orenberg

Allen H. Orenberg