UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No.  21-CR-367-RDM |
| JALISE MIDDLETON ) | |
| ) | |
| Defendant. ) | |

## ORDER

This Court, having considered the Motion for *Pro Hac Vice* Admission of Phillip A. Linder, and good cause having been shown, it is this _____ day of _____, 2021,

**ORDERED** that the Motion for *Pro Hac Vice* Admission is **GRANTED**; and it is

**FURTHER ORDERED** that Phillip A. Linder shall be permitted to appear and be heard on behalf of the Defendant in the above-captioned matter without the presence of local counsel.

**SO  ORDERED.**

_____
Randolph D. Moss
United States District Judge