UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JALISE MIDDLETON<br><br>Defendant. | )<br>)<br>)<br>)   Case No. 21-CR-367-RDM<br>)<br>)<br>)<br>) |

## *PRO HAC VICE* DECLARATION OF PHILLIP A. LINDER

I, PHILLIP A. LINDER, make the following declaration in support of the Motion For *Pro Hac Vice* Admission submitted by Attorney Allen H. Orenberg:

1. My full name is Phillip Andrew Linder.

2. My office address is 3300 Oak Lawn Ave., Suite 700, Dallas, Texas 75219, with a telephone number of 214-252-9900.

3. I have been admitted to the Bar of the State of Texas; the Bar of the United States District Court for the Northern, Eastern, Western and Southern Districts of Texas; and the bar of the United States Fifth Circuit Court of Appeals. I have also been admitted *pro hac vice* in a number of federal district courts over the past 20 years, including Arizona, New Mexico, Kansas; the Northern, Eastern and Western Districts of Oklahoma; the Western District of Arkansas; the Southern District of Alabama and the Eastern District of Missouri.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I hereby affirm that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Date: 5.20.21

Respectfully submitted,

_____
PHILLIP A. LINDER
STATE BAR NO. 12363560
3300 OAK LAWN AVE, SUITE 700
DALLAS, TEXAS 75219
PHONE: (214) 252-9900
FAX: (214) 252-9902
PHILLIP@THELINDERFIRM.COM