UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-367 |
| | : | |
| **JALISE MIDDLETON, and** | : | |
| **MARK MIDDLETON,** | : | |
| | : | |
| **Defendants.** | : | |

**UNOPPOSED MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendants regarding this motion, and counsel have no objection.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                              Respectfully submitted,

                                              CHANNING D. PHILLIPS  
                                              Acting United States Attorney  
                                              DC Bar No. 415793

By:     /s/ Brian P. Kelly  
                                              Brian P. Kelly  
                                              Assistant United States Attorney  
                                              D.C. Bar No. 983689  
                                              555 4th Street NW, Room 3816  
                                              Washington, DC 20530  
                                              202-252-7503  
                                              brian.kelly3@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 21-cr-367 |
| | : |
| JALISE MIDDLETON, and | : |
| MARK MIDDLETON, | : |
| | : |
| Defendants. | : |

**ORDER**

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

Date: _____    _____
HONORABLE RANDOLPH D. MOSS
United States District Judge