UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Case No. 21-CR-367-RDM |
| JALISE MIDDLETON | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ENTRY OF APPEARANCE OF COUNSEL

X   I wish to enter my appearance as retained counsel for the above-named defendant in this cause.

☐   I hereby enter my appearance as appointed counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant, in connection with all matters relating to this case, and in connection with all proceedings therein in this court; unless and until, after written motion filed by me, I am relieved by Order of the Court.

Dated:  May 26, 2021              /S/ PHILLIP A. LINDER
                                  ATTORNEY FOR DEFENDANT
                                  STATE BAR NO. 12363560
                                  3300 OAK LAWN AVENUE, SUITE 700
                                  DALLAS, TEXAS 75219
                                  (214) 252- 9900 OFFICE
                                  (214) 252-9902 FAX

## CERTIFICATE OF CONFERENCE

I spoke to Assistant United States Attorney, Brian Kelly, on May 26, 2021 and has indicated that he has no objection to this Entry of Appearance of counsel.

                                   /S/ PHILLIP A. LINDER
                                  ATTORNEY FOR DEFENDANT