IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NUMBER 21:CR-367-RDM |
| JALISE MIDDLETON | § | |

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Allen H. Orenberg, counsel for Defendant Jalise Middleton, hereby respectfully moves this Court for entry of an Order permitting James P. Whalen to appear *pro hac vice* in accordance with LCrR 44.1(d). In support thereof, I hereby submit the accompanying Declaration, along with a proposed Order for the Court's consideration.

1. James P. Whalen and his firm have been retained by the Defendant for representation in the above-captioned case.

2. Mr. Whalen has been in regular communication with the Defendant throughout the time period that the extradition process has been pending.

3. Mr. Whalen has completed a Declaration required by Local Criminal Rule LCr44.1(d) which is attached as an exhibit to this motion.

4. This case is not a related or consolidated matter for which Mr. Whalen has previously applied to appear *pro hac vice*.

5. The office address of Mr. Whalen is 9300 John Hickman Pkwy, Suite 501, Frisco, Texas 75035.

6. Mr. Whalen regularly practices in federal court and is familiar with the United States Code pertaining to the jurisdiction of and practice in the United States District Courts;

the federal rules of criminal and civil procedure, and the United States Sentencing Guidelines.

7. Mr. Whalen indicates that he has reviewed the Local Rules of this Court and will faithfully adhere to the rules.

WHEREFORE, having complied with the requirements of this Court's Local Rules concerning the appearance of counsel who are not members of this Court, and based upon Mr. Whalen's experience and credentials outlined above, it is respectfully requested that this Court grant this motion and admit James P. Whalen *pro hac vice* to appear and be heard, with or without the presence of local counsel, as Defendant's counsel in this case.

Respectfully submitted,

*/s/ Allen H. Orenberg*

Allen H. Orenberg, Bar No. 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Office: 301-984-8005
Cell-Phone: 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2021, I filed the foregoing Motion for Admission Pro Hac Vice by the Court's CM/ECF system. All case registered parties will be serviced by CM/ECF.

_Allen H. Orenberg_
Allen H. Orenberg