IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NUMBER 21:CR-367-RDM |
| JALISE MIDDLETON | § § | |

## PRO HAC VICE DECLARATION OF JAMES P. WHALEN

TO THE HONORABLE JUDGE OF SAID COURT:

I, JAMES P. WHALEN, make the following Declaration in support of the Motion for *Pro Hac Vice* Admission submitted by attorney Allen H. Orenberg:

1. My full name is James Patrick Whalen.
2. My office address is 9300 John Hickman Pkwy, Suite 501, Frisco, Texas 75035.
3. I have been admitted to the Bar of the State of Texas; the Bar of the United States District Court for the Northern, Eastern, Western and Southern Districts of Texas; and the Bar of the United States Fifth Circuit Court of Appeals. I have also been admitted *pro hac vice* in the Northern District of Arizona.
4. I have not been disciplined by any Bar.
5. I have not been admitted *pro hac vice* in this Court within the last two years.
6. I hereby affirm that the foregoing Declaration is true and correct to the best of my knowledge and belief.

Respectfully submitted on this the 26th day of October 2021.

*[signature]*

James P. Whalen
Whalen Law Office
Texas State Bar No. 00794837
9300 John Hickman Pkwy., Suite 501
Frisco, Texas 75034
Office: 214-368-2560
Fax: 972-829-8654
jwhalen@whalenlawoffice.com