IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | CRIMINAL NUMBER 1:21-cr-00367 |
| § | |
| JALISE MIDDLETON § | |

## ENTRY OF APPEARANCE

COMES NOW, JAMES P. WHALEN, and makes this his appearance on behalf of Defendant, JALISE MIDDLETON.

Attorney James P. Whalen was retained by the Defendant and will act as attorney of record.

Respectfully submitted,

WHALEN LAW OFFICE

/s/ James P. Whalen
JAMES P. WHALEN
TEXAS BAR CARD NO.00794837
9300 John Hickman Parkway, Suite 501
Frisco, Texas 75035
Telephone: (214) 368-2560
Facsimile: (972) 829-8654
jwhalen@whalenlawoffice.com

COUNSEL FOR DEFENDANT
JALISE MIDDLETON

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Entry of Appearance was filed with the Court and Assistant United States Attorney, Brian P. Kelly, via ECF on the 22nd day of November 2021.

/s/ James P. Whalen
JAMES P. WHALEN
