## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-367 |
| : | |
| JALISE MIDDLETON, and : | |
| MARK MIDDLETON, : | |
| : | |
| Defendants. : | |

## AGREED JOINT MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Phillip Linder and James Lee Bright, Counsel for Jalise Middleton and Mark Middleton and enter this joint request for a Continuance. Undersigned counsel show the following:

**I.**

This case is currently set for March 24, 2022 for a change of plea hearing.

**II.**

Counsel for Defendants request a continuance of the change of plea hearing to April 11, 2022 at 11:00a.m. EST. Additionally, Defendants understand and waive their speedy trial right until April 11, 2022.

**III.**

This request for continuance is not for purposes of delay, but so that justice maybe done.

**IV.**

Counsel for the Defendants have conferred with the Assistant United States Attorney, who does not oppose the continuance.

**WHEREFORE, PREMISES CONSIDERED,** Counsel for Defendants respectfully request that this Court grant this joint motion and continue this case to the date requested.

RESPECTFULLY SUBMITTED,

  /S/ PHILLIP A. LINDER
PHILLIP A. LINDER

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
(214) 252- 9900 OFFICE
(214) 252-9902 FAX
PHILLIP@THELINDERFIRM.COM
TEXAS BAR NO. 12363560

   /S/ JAMES LEE BRIGHT
JAMES LEE BRIGHT

3300 OAK LAWN AVENUE, SUITE 700
DALLAS, TEXAS 75219
TEL: (214) 720-7777
FAX: (214) 720-7778
JLBRIGHTLAW@GMAIL.COM
TEXAS BAR NO : 24001786

*ATTORNEY FOR DEFENDANTS*

## CERTIFICATE OF CONFERENCE

I, Phillip Linder, hereby certify that on March 22, 2022, I conferred with AUSA Brian Kelly and James Lee Bright, Counsel on the above-referenced Motion for Continuance and they indicated they had no objection to the granting of this Joint Motion for Continuance.

S// PHILLIP LINDER
PHILLIP A. LINDER

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of this document has been forwarded to all counsel via *ECF,* on this 22th day of March 2022.

                S// PHILLIP LINDER
                PHILLIP A. LINDER