# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 21-cr-367 |
| : | |
| **JALISE MIDDLETON, and** : | |
| **MARK MIDDLETON,** : | |
| : | |
| **Defendants.** : | |

## ORDER: AGREED JOINT MOTION FOR CONTINUANCE

On the _____ day of _____, 2022 came for consideration an Agreed Joint Motion for Continuance in the above entitled and numbered cause. The Court, after considering this motion, any response, and the evidence filed in support of the motion and response, is of the opinion that said motion should, in all things be:

[ ]     GRANTED; the Court orders the change of plea hearing to be reset to _____.

[ ]     DENIED.

[ ]     SET FOR HEARING on the _____day of _____, 2022.