# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-367-RDM |
| : | |
| JALISE MIDDLETON, and : | |
| MARK MIDDLETON, : | |
| : | |
| Defendants. : | |

## JOINT PROPOSED PRETRIAL SCHEDULING ORDER

In accordance with the Court's order at the May 10, 2022, status hearing in this case, the United States, Defendant Jalise Middleton, and Defendant Mark Middleton (hereinafter "the parties") hereby file this Joint Proposed Pretrial Scheduling Order. Trial in this case is scheduled to commence on **January 23, 2023**. The parties propose the following deadlines for governing pretrial proceedings:

1. The parties shall file any motions pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)–(D) on or before **October 31, 2022**; oppositions shall be filed on or before **November 14, 2022**; and replies shall be filed on or before **November 21, 2022**. The Court will schedule a hearing on Rule 12 pretrial motions, if necessary.

2. The United States shall make any required expert disclosures pursuant to Rule 16(a)(1)(G) by **November 7, 2022**; any reciprocal expert disclosures by Defendants pursuant to Rule 16(b)(1)(C) shall be made by **November 21, 2022**.

3. The United States shall notify Defendants of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **November 28, 2022**.

4. Except where otherwise noted in the Pretrial Scheduling Order, motions in limine shall be filed on or before **November 28, 2022**; oppositions shall be filed on or before **December 12, 2022**; and replies shall be filed on or before **December 19, 2022**. If the United States wishes to file a motion in limine with respect to any

       defense expert, it may do so by filing a motion by **December 5, 2022**; any opposition to such motion shall be filed by **December 12, 2022**.

5. Defendants shall satisfy their reciprocal discovery obligations, if any, under Rule 16(b) (except as to experts, as noted above) by **November 28, 2022**. The Court will consider any motion in limine with respect to reciprocal discovery after such discovery is received. Any such motion shall be filed by **December 12, 2022**; any opposition to such motion shall be filed by **December 19, 2022**.

6. On or before **December 30, 2022**, the parties shall file a Joint Pretrial Statement that contains the following:

    a. A neutral statement of the case;

    b. Proposed voir dire questions;

    c. Proposed jury instructions;

    d. Witness lists;

    e. Exhibits lists;

    f. Stipulations; and

    g. A proposed verdict form.

7. On or before **January 9, 2023**, the United States shall disclose all grand jury, Jencks, and Brady materials not already disclosed.

8. The parties shall appear on **January 17, 2023**, at 2:00 pm, in Courtroom 8 for a Pretrial Conference.

Respectfully submitted,

/s/ *Brian P. Kelly*
BRIAN P. KELLY
Assistant United States Attorney
D.C. Bar No. 983689
601 D Street NW
Washington, DC 20530
brian.kelly3@usdoj.gov
(202) 252-7503

/s/ *Phillip Linder*
PHILLIP LINDER
Attorney for Jalise Middleton
3300 Oak Lawn Avenue, Suite 700
Dallas, TX 75219
Phillip@thelinderfirm.com
(214) 252-9900

/s/ *James Lee Bright*
JAMES LEE BRIGHT
Attorney for Mark Middleton
3300 Oak Lawn Avenue, Suite 700
Dallas, TX 75219
JLBrightlaw@gmail.com
(214) 720-7777