UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUNBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **vs.** § | **Cause No. 1:21-CR-367** |
| § | |
| **JALISE MIDDLETON** § | |

## ORDER:  MOTION TO WITHDRAW

On the _____ day of _____, 2022, came for consideration a Motion to Withdraw in the above entitled and numbered cause number.  The Court, after considering this motion, any response, and the evidence filed in support of the motion and response, is of the opinion that said motion should, in all things be:


[ ]     GRANTED.


[ ]     DENIED.


[ ]     SET FOR HEARING ON _____.