IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      v.                                    Case No.:  21-367 (RDM)

JALISE MIDDLETON,
        Defendant

## NOTICE OF APPEARANCE

The Clerk of Court will please note the appearance of Robert L. Jenkins, Jr., Esq. as counsel for the defendant, JALISE MIDDLETON, in the above styled matter.

I Ask For This:

_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant JALISE MIDDLETON

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy to be served on all counsel of record via ECF on this September 20, 2022.

_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229-8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for the Defendant JALISE MIDDLETON