IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

     v.                                        CR. NO. 1:21-CR-00367

JALISE MIDDLETON,
    Defendant.

## **ORDER**

    This matter came on a request by the defendant to vacate the January 23, 2023 trial date.

  For good reason, and without opposition, the motion is granted.

So Ordered

_____
United States District Court Judge

Entered:       _____