# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 1:21-CR-00367 |
| v. | : | |
| | : | |
| MARK MIDDLETON & | : | |
| JALISE MIDDLETON, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Sean P. McCauley is entering his appearance in the above-captioned matter as counsel for the United States.

                                            Respectfully submitted,

DATED: October 26, 2022                 MATTHEW M. GRAVES
                                            United States Attorney
                                            D.C. Bar No. 481052

                       By:    */s/ Sean P. McCauley*
                             Sean P. McCauley
                             NY Bar No. 5600523
                             Assistant United States Attorney
                             601 D Street NW
                             Washington, DC 20579
                             (202)252-1897
                             Sean.McCauley@usdoj.gov

**CERTIFICATE OF SERVICE**

      On this 26th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                                    */s/ Sean P. McCauley*
                                                    Sean P. McCauley
                                                    Assistant United States Attorney