UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 1:21-CR-00367-RDM |
| v. | : | |
| | : | |
| MARK MIDDLETON & | : | |
| JALISE MIDDLETON, | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR FURTHER TIME TO CONFER

On October 25, 2022, in granting Jalise Middleton's motion to vacate the trial date, the Court ordered the parties to confer amongst themselves and with the Deputy Clerk to find an acceptable date to begin trial in this matter. The Court further ordered that the parties file a joint motion no later than November 10, 2022 for a continuance to that the new trial date.

After extensive communications between the parties over the two weeks since the Court's order, the parties have been as yet unable to determine a trial date that is acceptable to both Jalise and Mark Middleton's attorneys and the court due to conflicting trial schedules. As such, the parties request an one more week to confer and determine an acceptable date to begin trial.

Respectfully submitted,

DATED: November 10, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Sean P. McCauley*
Sean P. McCauley
NY Bar No. 5600523
Assistant United States Attorney
601 D Street NW
Washington, DC 20579
(202)252-1897
Sean.McCauley@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 10th day of November 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Sean P. McCauley*
Sean P. McCauley
Assistant United States Attorney