# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No.: 1:21-CR-00367 (RDM) |
| v. : | |
| : | |
| **MARK MIDDLETON &** : | |
| **JALISE MIDDLETON,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Attorney Brendan Ballou is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: December 19, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Brendan Ballou
Brendan Ballou
Attorney, detailed to the
United States Attorney's Office
601 D Street NW
Washington, DC 20001
(202) 431-8493
bballoukelley@usa.doj.gov