IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

 v.          Case No.:  1:21-cr-00367

JALISE MIDDLETON.

## MOTION TO CONFORM AND ADOPT

 Comes now, JALISE MIDDLETON, the defendant by and through her counsel Robert L. Jenkins, Jr. and moves this Honorable Court for leave to adopt the Motion for Change of Venue (Dkt. 70) filed on February 14, 2023 by her co-defendant Mark Middleton.

I ASK FOR THIS

JALISE MIDDLETON
By Counsel

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.: CO0003
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 229 8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON

## Certificate of Service

 I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on this February 15, 2023.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.: CO0003
1010 Cameron Street

Alexandria, Virginia  22314
(703) 309 0899 Telephone
(703) 229 8652 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON