IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    v.                                                 Case No.:    1:21-cr-00367

JALISE MIDDLETON.

**<u>ORDER</u>**

This matter came on the request of the defendant JALISE MIDDLETON for leave to adopt the Motion for Change of Venue (Dkt. 70) filed on February14, 2023 by her co-defendant Mark Middleton. For good cause, the motion is hereby granted.

_____                  Entered:    _____
U.S. District Court Judge