UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

     v.                                                   Case No.:1:21-cr-367 (RDM)

JALISE MIDDLETON.
     Defendant.

## MOTION TO CONTINUE TRIAL DATE

Comes now the defendant, JALISE MIDDLETON, and moves this Honorable Court to continue the current trial date set for August 21, 2023. This request is predicated on the 5th and 6th Amendments to the United States Constitution. The defendant relies on the accompanying memorandum of points and authorities in support of this request.

I ASK FOR THIS:

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served upon all counsel of record via ECF on June 12, 2023.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax

RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON