UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                              Case No.:1:21-cr-367 (RDM)

JALISE MIDDLETON.
    Defendant.

**ORDER**

This matter came on the request of counsel for the Defendant JALISE MIDDLETON to continue the current trial date in this matter. For good cause the request is hereby granted.

_____        Entered:    _____

U.S. District Court Judge