UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CASE NO. 1:21-cr-367 |
| : | |
| MARK MIDDLETON & : | |
| JALISE MIDDLETON, : | |
| : | |
| Defendants. : | |

## GOVERNMENT'S REQUEST FOR A STATUS HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that this Court schedule a status hearing in the above captioned matter for the week of June 26, 2023, or as soon thereafter as practicable. The government requests this hearing to discuss the possible appointment of new counsel for Defendant Mark Middleton prior to the scheduled August 21, 2023, trial date.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Sean P. McCauley*
SEAN P. McCAULEY
New York Bar No. 5600523
Assistant United States Attorney
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Sean.McCauley@usdoj.gov

*/s/ Brendan Ballou*
BRENDAN BALLOU
DC Bar No. 241592
Special Counsel, detailed to the
United States Attorney's Office
601 D Street NW
Washington, DC 20001
(202) 431-8493
brendan.ballou-kelley@usdoj.gov

1