UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                                        Case No.: 1:21-cr-367 (RDM)

JALISE MIDDLETON.
      Defendant.

## MOTION TO EXTEND TIME TO FILE MOTION IN LIMINE

Comes now the defendant, JALISE MIDDLETON, and moves this Honorable Court to amend the scheduling order entered in this matter to extend the time for the file of any motion in *limine*. In support of which, counsel states the following:

1. By order entered on November 18, 2022, the defendant was directed to file any motion in *limine* on or before June 26, 2023.

2. On June 22, 2023, this Honorable Court in response to a Motion to Withdraw As Counsel filed by the attorney for the defendant's co-defendant directed that the parties appear for a hearing on July 5, 2023. Further, the Court directed that the Motion to Withdraw would be held in abeyance until its resolution.

3. In light of the issue raised in the Motion to Withdraw As Counsel and the pending deadline for the filing of any motion in *limine* the parties submit it would be in the best interest of justice to extend the time for the filing of any motion in *limine* until after the resolution of the Motion to Withdraw As Counsel.

4. Undersigned counsel has communicated with counsel for the government on this matter and there is no objection to the granting of this request.

Wherefore, the defendant Jalise Middleton respectfully requests that this Honorable Court enter an order extending the time for the filing of any motion in *limine* from June 26, 2023 to July 10, 2023.

I ASK FOR THIS:

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served upon all counsel of record via ECF on June 12, 2023.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON