UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Case No.: 1:21-cr-367 (RDM)

JALISE MIDDLETON.
    Defendant.

**ORDER**

This matter came on the request of counsel for the Defendant JALISE MIDDLETON to entend the time to file any motion in limine from June 26, 2023, to July 10, 2023. For good cause, and without objection, the request is hereby granted.

_____   Entered:   _____

U.S. District Court Judge