UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                                  Case No.:1:21-cr-367 (RDM)

JALISE MIDDLETON.
      Defendant.

## RESPONSE TO GOVERNMENT MOTION FOR STATUS HEARING

Comes now the defendant, JALISE MIDDLETON, and files this response to the government's request for a status hearing. The defendant does not object to the granting of the request. Counsel for the defendant can be available on July 20, 2023 to participate in a virtual hearing between 11:00 am to 3:00 pm.

I ASK FOR THIS:

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing to be served upon all counsel of record via ECF on July 15, 2023.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
United States District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax

RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON