# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JALISE MIDDLETON, and<br>MARK MIDDLETON,<br><br>*Defendants*. | Criminal Action No. 21-367 (RDM) |

## ORDER

It is hereby **ORDERED** that the following deadlines shall govern pretrial proceedings in this matter:

1. The parties shall file any motions pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)–(D) on or before **November 17, 2023**; oppositions shall be filed on or before **December 1, 2023**; and replies shall be filed on or before **December 12, 2023**. The Court will schedule a hearing on Rule 12 pretrial motions, if necessary.

2. The United States shall make any required expert disclosures pursuant to Rule 16(a)(1)(G) by **December 8, 2023**; any reciprocal expert disclosures by Defendants pursuant to Rule 16(b)(1)(C) shall be made by **December 22, 2023**.

3. The United States shall notify Defendants of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **November 28, 2023**.

4. Except where otherwise noted in the Pretrial Scheduling Order, motions in limine shall be filed on or before **December 1, 2023**; oppositions shall be filed on or before **December 15, 2023**; and replies shall be filed on or before **December 22, 2023**. If the United States wishes to file a motion in limine with respect to any

      defense expert, it may do so by filing a motion by **December 5, 2023**; any opposition to such motion shall be filed by **December 12, 2023**.

5. Defendants shall satisfy their reciprocal discovery obligations, if any, under Rule 16(b) (except as to experts, as noted above) by **December 1, 2023**. The Court will consider any motion in limine with respect to reciprocal discovery after such discovery is received. Any such motion shall be filed by **December 15, 2023**; any opposition to such motion shall be filed by **December 22, 2023**.

6. On or before **December 29, 2023**, the parties shall file a Joint Pretrial Statement that contains the following:

    a. A neutral statement of the case;

    b. Proposed voir dire questions;

    c. Proposed jury instructions;

    d. Witness lists;

    e. Exhibit lists;

    f. Stipulations; and

    g. A proposed verdict form.

7. On or before **January 22, 2024**, the United States shall disclose all grand jury, Jencks, and Brady materials not already disclosed.

8. The parties shall appear on **January 29, 2024**, at 2:00 pm, in Courtroom 8 for a Pretrial Conference.

9. Trial shall commence on **February 5, 2024**.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  September 13, 2023