UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | )( | |
| | )( | |
| v. | )( | **Criminal No. 21-367 (RDM)** |
| | )( | **Judge Moss** |
| **MARK MIDDLETON and** | )( | |
| **JALISE MIDDLETON** | )( | |

# ORDER

The Court having considered defendants Mark and Jalise Middleton's Motion to Sever Defendants due to <u>Bruton</u> Issues and Points and Authority in Support Thereof, it is, this _____ day of _____, 20___, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that Mark and Jalise Middleton shall be severed as defendants for trial.

**SO ORDERED.**

_____
Randolph D. Moss
United Stated District Judge