UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )( | |
| )( | |
| v. )( | **Criminal No. 21-367 (RDM)** |
| )( | **Judge Moss** |
| **MARK MIDDLETON and** )( | |
| **JALISE MIDDLETON** )( | |

## ORDER

The Court having considered defendants Mark and Jalise Middleton's Motion in Limine to Exclude Evidence Concerning Conduct by Others that Defendants were Unaware of and References to Such Conduct, it is, this _____ day of _____, 20_____, hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that evidence concerning conduct by others at the U.S. Capitol on January 6, 2021 that Mr. and Ms. Middleton cannot be shown to have been aware of at the time that they are alleged to have committed the crimes they are charged with is excluded at their trial, and it is further

**ORDERED** that any references to the above-described conduct by others are also excluded at Mr. and Ms. Middleton's trial.

**SO ORDERED.**

_____
Randolph D. Moss
United Stated District Judge