# **ATTACHMENT**

# Warrants

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF TEXAS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 4:21-MJ-286
The SUBJECT PREMISES located at ▮▮▮▮▮▮ )
▮▮▮▮▮▮ TX ▮▮▮▮▮ )
)

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Eastern__ District of __Texas__
*(identify the person or describe the property to be searched and give its location)*:

The SUBJECT PREMISES located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ TX ▮▮▮▮▮ See Attachment A (incorporated by reference).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before __May 4, 2021__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Kimberly C. Priest Johnson, U.S. Magistrate Judge__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ____.

Date and time issued:    __April 20, 2021 @ 9:15am__    __[signature]__
                                                          Judge's signature

City and state:    __Plano, Texas__    __Kimberly C. Priest Johnson, U.S. Magistrate Judge__
                                       Printed name and title

1

AO 93 (Rev. 11/13) Search and Seizure Warrant

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
The SUBJECT PHONE, an AT&T wireless cellular phone ) Case No. 4:21-MJ-288
assigned to phone number ███-3269 )
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Eastern__ District of __Texas__
*(identify the person or describe the property to be searched and give its location)*:

The SUBJECT PHONE, an AT&T wireless cellular phone assigned to phone number ███-3269, as more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before __May 4, 2021__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Kimberly C. Priest Johnson, U.S. Magistrate Judge__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: __April 20, 2021 e 9:15am__  _____
Judge's signature

City and state: __Plano, Texas__   __Kimberly C. Priest Johnson, U.S. Magistrate Judge__
Printed name and title

2

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TEXAS

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
The SUBJECT PHONE, an AT&T wireless cellular phone )
assigned to phone number ▮▮▮▮-9352 )
) Case No. 4:21-MJ-287
)

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____Texas____
*(identify the person or describe the property to be searched and give its location)*:

The SUBJECT PHONE, an AT&T wireless cellular phone assigned to phone number ▮▮▮▮-9352, as more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ____May 4, 2021____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Kimberly C. Priest Johnson, U.S. Magistrate Judge____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ____April 20, 2021 @ 9:16am____   _____/s/_____
Judge's signature

City and state:   ____Plano, Texas____   ____Kimberly C. Priest Johnson, U.S. Magistrate Judge____
Printed name and title

3