UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 1:21-CR-367 (RDM) |
| | : | |
| JALISE MIDDLETON and | : | |
| MARK MIDDLETON, | : | |
| | : | |
| Defendants. | : | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE A SURREPLY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests this court's leave to file a surreply to defendants' reply (ECF 108) to the government's opposition (ECF 107) to the defendant's motion to suppress (ECF 99). The defendants raised new issues in their reply to which the government has not yet had an opportunity to respond. The government will file any surreply on or before December 22, 2023.

1

\*   \*   \*

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Sean P. McCauley*
        Sean P. McCauley
        NY Bar No. 5600523
        Assistant United States Attorney
        601 D Street NW
        Washington, DC 20579
        (202)252-1897
        Sean.McCauley@usdoj.gov

        */s/ Brendan Ballou*
        Brendan Ballou
        DC Bar No. 241592
        Special Counsel
        United States Attorney's Office
        601 D Street NW
        Washington, DC 20001
        (202) 431-8493
        brendan.ballou-kelley@usdoj.gov