UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : CASE NO. 1:21-CR-367 (RDM) |
| | : |
| **JALISE MIDDLETON and** | : |
| **MARK MIDDLETON,** | : |
| | : |
| **Defendants.** | : |

### JOINT MOTION TO MODIFY THE SCHEDULING ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Mark and Jalise Middleton, by and through their attorneys, hereby respectfully request that this Court modify the Scheduling Order in this case. Presently, the Scheduling Order requires that the parties submit a Joint Pretrial Statement, including a neutral statement of the case, proposed voir dire questions, proposed jury instructions, witness lists, exhibit lists, stipulations, and a proposed verdict form. ECF 98 at ¶ 6. After conferral, the parties are requesting an additional two weeks to prepare the Joint Pretrial Statement and accompanying materials. As such, the parties respectfully request that this court to modify the Scheduling Order to require that the Joint Pretrial Statement, including a neutral statement of the cases, proposed voir dire questions, proposed jury instructions, witness lists, exhibit lists, stipulations, and proposed verdict form, be filed with the Court on or before January 12, 2024. The parties do not request that any other modifications be made to the existing Scheduling Order.

1

* * *

Respectfully submitted,

|  |  |  |  |
|---|---|---|---|
| | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | | JALISE MIDDLETON |
| By: | */s/ Sean P. McCauley*<br>SEAN P. McCAULEY<br>New York Bar No. 5600523<br>Assistant United States Attorney<br>United States Attorney's Office<br>For the District of Columbia<br>601 D Street, NW 20530<br>Sean.McCauley@usdoj.gov | By: | */s/Robert L. Jenkins*<br>ROBERT L. JENKINS, Jr.<br>District Court Bar. No. CO0003<br>Bynum & Jenkins, PLLC<br>1010 Cameron Street<br>Alexandria, VA 22314<br>(703)309-0899<br>RJenkins@BynumAndJenkinsLaw.com |
| | | | MARK MIDDLETON |
| | */s/ Brendan Ballou*<br>BRENDAN BALLOU<br>DC Bar No. 241592<br>Special Counsel, detailed to the<br>United States Attorney's Office<br>601 D Street NW<br>Washington, DC 20001<br>(202) 431-8493<br>brendan.ballou-kelley@usdoj.gov | By: | */s/ Jerry R Smith*<br>JERRY RAY SMITH, Jr.<br>DC Bar No. 447699<br>717 D Street NW, Suite 310<br>Washington, D.C. 20004<br>(202)347-6101<br>jerryraysmith@verizon.net |