UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 1:21-CR-367 (RDM) |
| | : | |
| JALISE MIDDLETON and | : | |
| MARK MIDDLETON, | : | |
| | : | |
| Defendants. | : | |

**JOINT PRETRIAL STATEMENT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Mark and Jalise Middleton, by and through their attorneys, hereby respectfully submit the following Joint Pretrial Statement to this Court. The contents of this filing are as follows:

      Attachment A – Neutral Statement of the Case and Proposed *Voir Dire* Questions
      Attachment B – Government's Proposed Jury Instructions
      Attachment C – Defendants' Objections to the Government's Proposed Jury Instructions
                                   and Proposed Additional Instructions
      Attachment D – Witness List
      Attachment E – Government's Preliminary Exhibit List
      Attachment F – Stipulations
      Attachment G – Proposed Verdict Form

\* \* \*

Respectfully submitted,

|  | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 |  | JALISE MIDDLETON |
|---|---|---|---|
| By: | /s/ Sean P. McCauley<br>SEAN P. McCAULEY<br>New York Bar No. 5600523<br>Assistant United States Attorney<br>United States Attorney's Office<br>For the District of Columbia<br>601 D Street, NW 20530<br>Sean.McCauley@usdoj.gov | By: | /s/Robert L. Jenkins<br>ROBERT L. JENKINS, Jr.<br>District Court Bar. No. CO0003<br>Bynum & Jenkins, PLLC<br>1010 Cameron Street<br>Alexandria, VA 22314<br>(703)309-0899<br>RJenkins@BynumAndJenkinsLaw.com |
|  |  |  | MARK MIDDLETON |
|  | /s/ Brendan Ballou<br>BRENDAN BALLOU<br>DC Bar No. 241592<br>Special Counsel, detailed to the<br>United States Attorney's Office<br>601 D Street NW<br>Washington, DC 20001<br>(202) 431-8493<br>brendan.ballou-kelley@usdoj.gov | By: | /s/ Jerry R. Smith<br>JERRY RAY SMITH, Jr.<br>DC Bar No. 447699<br>717 D Street NW, Suite 310<br>Washington, D.C. 20004<br>(202)347-6101<br>jerryraysmith@verizon.net |