UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-CR-367 (RDM) |
| | : | |
| JALISE MIDDLETON, and | : | |
| MARK MIDDLETON, | : | |
| | : | |
| Defendants. | : | |

# GOVERNMENT'S WITNESS LIST

The government expects to call some or all of the following as witnesses in this case:

- Captain Sean Patton, United States Capitol Police[1]
- Inspector Lanelle Hawa, United States Secret Service
- Special Agent Nick Shepard, Federal Bureau of Investigation
- Special Agent Timothy Neylan, Federal Bureau of Investigation
- Sergeant Daniel Thau, Metropolitan Police Department
- Officer Rickie Chasten, Metropolitan Police Department
- Officer Chad Curtice, Metropolitan Police Department
- Officer James Crisman, Metropolitan Police Department
- Officer Marvin Tyler, Metropolitan Police Department
- Officer Neil McAllister, Metropolitan Police Department
- Officer Rickie Chasten, Metropolitan Police Department
- Officer Tara Tindall, Metropolitan Police Department
- Officer Tyrone Toran, Metropolitan Police Department
- Officer Umit Yakub, Metropolitan Police Department
- Officer Alexander Farley, Metropolitan Police Department
- Officer Ameer Sorrell, Metropolitan Police Department
- Officer Daniel Hodges, Metropolitan Police Department

---

[1] The United States Capitol Police have not yet confirmed that Captain Patton will be testifying in this case. The government will promptly notify the Court if the witness testifying from the Capitol Police changes.

\* \* \*

                Respectfully submitted,
                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:    */s/ Sean P. McCauley*
                SEAN P. MCCAULEY
                Assistant United States Attorney
                NY Bar No. 5600523
                United States Attorney's Office
                601 D Street NW
                Washington, DC 20530
                Sean.McCauley@usdoj.gov

                */s/ Brendan Ballou*
                BRENDAN BALLOU
                DC Bar No. 241592
                Special Counsel
                United States Attorney's Office
                601 D Street NW
                Washington, DC 20001
                (202) 431-8493
                brendan.ballou-kelley@usdoj.gov