UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-CR-367 (RDM) |
| | : | |
| JALISE MIDDLETON, and | : | |
| MARK MIDDLETON, | : | |
| | : | |
| Defendants. | : | |

### STIPULATIONS OF THE PARTIES

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, with the concurrence of their attorneys, agree and stipulate to the following:

**I.    Identity of the Defendants**

The photographs below are fair and accurate depictions of the defendants as they appeared on or near the U.S. Capitol grounds on January 6, 2021.



*Government Exhibit 310: Jalise Middleton*



*Government Exhibit 311: Mark Middleton (yellow) and Jalise Middleton (green)*

Page **1** of **3**

## II.  Metropolitan Police Department Body-Worn Cameras

Members of the Metropolitan Police Department ("MPD") utilize equipment known as body-worn cameras ("BWC").  BWC record both audio and video.  The BWC equipment timestamps each recording with the date and time at which the footage is captured.  The BWC equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021.  The events depicted in the video footage are a fair and accurate depiction of the events at the U.S. Capitol on January 6, 2021, the timestamps on the recordings are accurate, and the video footage was not altered or edited in any way other except to create clips.  The video footage is authentic in that it is what it purports to be.  Specifically, the parties stipulate to the authenticity and admissibility of the following exhibits:

| Exhibit # | Exhibit Description |
|---|---|
| 201 | Farley.2021.01.06.140757.mp4 |
| 202 | Curtice.2021.01.06.140725.mp4 |
| 203 | Thau.2021.01.06.140802.mp4 |
| 204 | Tyler.2021.01.06.140759.mp4 |
| 205 | McAllister.2021.01.06.140708.mp4 |
| 206 | Chasten.2021.01.06.1408000.mp4 |
| 207 | Toran.2021.01.06.140712.mp4 |
| 208 | Crisman.2021.01.06.140756.mp4 |
| 203 | Hodges.2021.01.06.140700.mp4 |
| 210 | Yakub.2021.01.06.140652 |

## III.  Authenticity of Third-Party Video Evidence

The parties stipulate that the below exhibit fairly and accurate depicts events that happened in and around the West Plaza of the United States Capitol on January 6, 2021, starting at approximately 2:05 p.m. The parties stipulated to the authenticity and admissibility of the

following exhibit:

| Exhibit # | Exhibit Description |
|---|---|
| 221 | Will Allen-DuPraw All Footage watermarked part 1.mp4 |

*   *   *

Respectfully submitted,

| FOR THE UNITED STATES: | FOR THE DEFENDANTS: |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | JALISE MIDDLETON |
| By: */s/ Sean P. McCauley*<br>SEAN P. McCAULEY<br>New York Bar No. 5600523<br>Assistant United States Attorney<br>United States Attorney's Office<br>For the District of Columbia<br>601 D Street, NW 20530<br>Sean.McCauley@usdoj.gov | By: */s/Robert L. Jenkins*<br>ROBERT L. JENKINS, Jr.<br>District Court Bar. No. CO0003<br>Bynum & Jenkins, PLLC<br>1010 Cameron Street<br>Alexandria, VA 22314<br>(703)309-0899<br>RJenkins@BynumAndJenkinsLaw.com |
| | MARK MIDDLETON |
| */s/ Brendan Ballou*<br>BRENDAN BALLOU<br>DC Bar No. 241592<br>Special Counsel, detailed to the<br>United States Attorney's Office<br>601 D Street NW<br>Washington, DC 20001<br>(202) 431-8493<br>brendan.ballou-kelley@usdoj.gov | By: */s/ Jerry R Smith*<br>JERRY RAY SMITH, Jr.<br>DC Bar No. 447699<br>717 D Street NW, Suite 310<br>Washington, D.C. 20004<br>(202)347-6101<br>jerryraysmith@verizon.net |