UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-CR-367 (RDM) |
| | : | |
| JALISE MIDDLETON, and | : | |
| MARK MIDDLETON, | : | |
| | : | |
| Defendants. | : | |

## VERDICT FORM

**Count One: Assaulting, Resisting, or Impeding Certain Officers (MPD Officer T.T.)**

<u>Jalise Middleton</u>          <u>Mark Middleton</u>

_____     _____          _____     _____
Guilty         Not Guilty          Guilty         Not Guilty

**Count Two: Assaulting, Resisting, or Impeding Certain Officers (MPD Officer R.C.)**

<u>Jalise Middleton</u>          <u>Mark Middleton</u>

_____     _____          _____     _____
Guilty         Not Guilty          Guilty         Not Guilty

**Count Three: Civil Disorder**

<u>Jalise Middleton</u>          <u>Mark Middleton</u>

_____     _____          _____     _____
Guilty         Not Guilty          Guilty         Not Guilty

**Count Four: Obstruction of an Official Proceeding**

|      Jalise Middleton      |                          |      Mark Middleton       |                          |
| :------------------------: | :----------------------: | :-----------------------: | :----------------------: |
|    _____<br>Guilty     | _____<br>Not Guilty  |    _____<br>Guilty    | _____<br>Not Guilty  |

**Count Five: Entering and Remaining in a Restricted Building or Grounds**

|      Jalise Middleton      |                          |      Mark Middleton       |                          |
| :------------------------: | :----------------------: | :-----------------------: | :----------------------: |
|    _____<br>Guilty     | _____<br>Not Guilty  |    _____<br>Guilty    | _____<br>Not Guilty  |

**Count Six: Disorderly or Disruptive Conduct in a Restricted Building**

|      Jalise Middleton      |                          |      Mark Middleton       |                          |
| :------------------------: | :----------------------: | :-----------------------: | :----------------------: |
|    _____<br>Guilty     | _____<br>Not Guilty  |    _____<br>Guilty    | _____<br>Not Guilty  |

**Count Seven: Engaging in Physical Violence in a Restricted Building or Grounds**

|      Jalise Middleton      |                          |      Mark Middleton       |                          |
| :------------------------: | :----------------------: | :-----------------------: | :----------------------: |
|    _____<br>Guilty     | _____<br>Not Guilty  |    _____<br>Guilty    | _____<br>Not Guilty  |

**Count Eight: Disorderly Conduct in a Capitol Building or Grounds**

          <u>Jalise Middleton</u>                    <u>Mark Middleton</u>

_____     _____          _____     _____
 Guilty      Not Guilty        Guilty      Not Guilty

**Count Nine: Act of Physical Violence at the Capitol Building or Grounds**

          <u>Jalise Middleton</u>                    <u>Mark Middleton</u>

_____     _____          _____     _____
 Guilty      Not Guilty        Guilty      Not Guilty

Dated this ____ day of February, 2024

Signature of Foreperson

_____