UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

     v.                                    Case No.: 1:21-cr-367 (RDM)

JALISE MIDDLETON
MARK MIDDLETON,
    Defendants.

**MOTION FOR LEAVE TO RESPOND TO
COURT'S JANUARY 23, 2024, MINUTE ORDER EX PARTE**

Comes now, the defendants, JALISE MIDDLETON and MARK MIDDLETON, and move this Honorable Court for leave to respond to the court's January 23, 2024, minute order *ex parte*. This request is predicated on the defendants rights as guaranteed by the Fifth Amendment to the United States Constitution. In support of which, counsel states the following:

1. On January 23, 2024, this Honorable Court entered a minute order directing counsel for the defendants to file a written pleading stating the basis for support of a self-defense or defense of others defense. The defendants were ordered to file the pleading before close of business on January 25, 2024. The order further directed that the defendants provide supporting exhibits.

2. Requiring the defendants to file the aforementioned pleading on the public record forces the defendants to reveal to the government the nature of their defense in advance of trial. The Constitution does not require such.

3. As this Honorable Court is aware, the Fifth Amendment affords the defendants the right to remain silent. A defendant who enjoys this right at trial should not be forced to make statements in advance of trial.

1

4. Requiring the defendants to provide the nature of their defense and specific case theory in advance of trial to the government would strategically disadvantage the defendants in ways not contemplated by the Constitution.

5. In the alternative, the defendants request that the court permit them to provide the requested information *ex parte* and under seal. This would permit the court to evaluate the merits of any defense without providing an unconstitutional advantage to the prosecution. It would protect the defendants' rights under the Fifth Amendment.

I ASK FOR THIS

JALISE MIDDLETON
MARK MIDDLETON
By Counsel

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.:  CO0003
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON

_____/s/_____
Jerry Ray Smith, Esq.
717 D Street, NW
Washington DC 20004-2812
Counsel for Defendant MARK MIDDLETON

## Certificate of Service

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF on this January 24, 2024.

_____/s/_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.:  CO0003

1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON