# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JALISE MIDDLETON, and<br>MARK MIDDLETON,<br><br>*Defendants*. | Criminal Action No. 21-367 (RDM) |

## ORDER

Attached hereto are the Court's draft *voir dire* and draft preliminary jury instructions. The parties are hereby **ORDERED** to review them and to be prepared to discuss them at the pretrial conference scheduled for January 29, 2024, in Courtroom 8.

SO ORDERED.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: January 25, 2024