UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 21-CR-367 (RDM) |
| : | |
| JALISE MIDDLETON, and : | |
| MARK MIDDLETON, : | |
| : | |
| Defendants. : | |

# GOVERNMENT'S REVISED EXHIBIT LIST

The government expects to introduce some or all of the following as exhibits in this case:

| 100 Series | Capitol Map and Photos |
|---:|---|
| 101 | Map of Restricted Perimeter.jpg |
| 102 | U.S. Capitol & Grounds 3D Rendering.pdf |
| 103 | Photograph of Capitol.jpg |
| 104 | Photograph of Area Closed Sign 1.png |
| 105 | Photograph of Area Closed Sign 2.png |
| 106 | Photograph of Area Closed Sign 3.JPG |
| 107 | Photograph of Area Closed Sign 4.jpg |
| 108 | Photograph of Area Closed Sign 5.JPG |

| 200 Series | Video |
|---:|---|
| 201 | Farley.2021.01.06.140757.mp4 |
| 202 | Curtice.2021.01.06.140725.mp4 |
| 203 | Thau.2021.01.06.140802.mp4 |
| 204 | Tyler.2021.01.06.140759.mp4 |
| 205 | McAllister.2021.01.06.140708.mp4 |
| 206 | Chasten.2021.01.06.1408000.mp4 |
| 207 | Toran.2021.01.06.140712.mp4 |
| 207.1 | Toran.2021.01.06.140944.mp4 |
| 207.2 | Chasten & Toran Sync.2021.01.06.140911.mp4 |
| 208 | Crisman.2021.01.06.140756.mp4 |
| 209 | Hodges.2021.01.06.140700.mp4 |
| 210 | Yakub.2021.01.06.140652.mp4 |
| 211 | USCP CCTV.West Roof.2021.01.06.1230.asf |
| 212 | CCTV Motorcade Moving East Side of Capitol.mp4 |

| | |
|---|---|
| 213 | CCTV movement of VP Pence.mp4 |
| 214 | USCP CCTV.3rd Street NW.2021.01.06.1400.mp4 |
| 215 | West Front Time Lapse.mp4 |
| 216 | Cong-4 - Video Montage with Congressional Record.mp4 |
| 217 | Capitol Breach Overview.mp4 |
| 218 | First Street NW.YouTube.mp4 |
| 219 | West Lawn.Facebook 1.mp4 |
| 220 | West Lawn.Facebook 2.mp4 |
| 221 | Will Allen-DuPraw All Footage watermarked part 1.mp4 |
| 221.1 | Will Allen-DuPraw.Clip A |
| 221.2 | Will Allen-DuPraw.Clip B |
| 222 | 10-3-23 Political Persecuted #J6 couple Jalise and Mark Middleton weigh in on their upcoming case &amp_ an Inside scoop o~1.mp4 |
| 223 | Beauty for Ashes - J6 Prayer Warriors Now Face 11 Federal Charges - Mark and Jalise Middleton_480.mp4 |
| 224 | Dallas John Birch Society welcomes Mark &amp_ Jalise Middleton_480.mp4 |
| 225 | Ep 26 - SWAT Team Arrests Angels - Mark &amp_ Jalise Middleton_480.mp4 |
| 226 | Episode 23- J6- When the FBI Attacks Law Abiding Citizens - Jalise Middleton_480.mp4 |
| 227 | Guest Speakers Mark &amp_ Jalise Middleton_480.mp4 |
| 228 | Interview with J6 Defendants- MARC and JALISE MIDDLETON_480.mp4 |
| 229 | Interview with Jalise and Mark Middleton (Full Episode) - ACWT Interviews 4.13.23_480.mp4 |
| 230 | J6 - Jalise Middleton - American Patriot Relief - Sarah McAbee - Justice In Jeopardy DAY 747_480.mp4 |
| 231 | J6 Lawfare &amp_ Subterfuge - John B Wells LIVE_360.mp4 |
| 232 | J6er Jalise Middleton and Her Husband Face FORTY YEARS...and NEVER entered the Capitol!_480.mp4 |
| 233 | January 6th Defendants Jalise and Mark Middleton-Our Story - Politics Today_480.mp4 |
| 234 | Patriot Confederation (August 15, 2023)_480.mp4 |
| 235 | Pi Anon Interview (Ep26 SWAT Teams Arrest Angels Mark & Jalise Middleton).m4a |
| 236 | Rumble Cann Con Middleton Interview.mp4 |
| 237 | 4-6-2023 J6 Political Persecution, Police Brutality &amp_ Subsequent FBI Injustice &amp_ Harassment!_480.mp4 |

| **300 Series** | **Social Media and Phone Content** |
|---|---|
| 301 | Jalise Middleton Facebook Records (Full).pdf |
| 302 | Jalise Middleton Facebook Records (Clipped).1.9.24.pdf |

| | | |
|---|---|---|
| 303 | Mark Middleton Facebook Records (Full).pdf | |
| 304 | Mark Middleton Facebook Records (Clipped).1.9.23.pdf | |
| 305 | Mark Middleton Facebook Video.mp4 | |
| 306 | @Mmiddle883 - Parler Account.pdf | |
| 310 | Jalise Middleton After Confrontation.png | |
| 311 | Mark and Jalise at Ellipse.png | |
| 312 | Screenshot 2021-01-06 at 7.25.29 PM.jpeg | |

| **400 Series** | **Government Documents** |
|---|---|
| 401 | Head of State Cover Email.pdf |
| 402 | Head of State Worksheet.pdf |
| 403 | Closure of West Front Police Order.pdf |
| 404 | Ground Closure Public Announcement.pdf |
| 405 | DC Register.pdf |
| 406 | Senate Congressional Record |
| 407 | House Congressional Record |

| **500 Series** | **Safeway Materials** |
|---|---|
| 501 | Safeway Business Records Certification.pdf |
| 502 | Safeway Early Closure Notice for Washington DC stores 1-6-21.pdf |
| 503 | Safeway Mid-Atlantic Daily Sales Report for Washington DC stores 1-5-21 to 1-7-21.pdf |
| 504 | Safeway Warehouse Shipments Lancaster, PA to Washington, DC stores 1-3-21 to 1-9-21.pdf |
| 505 | Safeway, Inc. Certificate of Authenticity.pdf |

| **600 Series** | **Stipulations** |
|---|---|
| 601 | Stipulations |

| **700 Series** | **Jalise Middleton Cell Phone Photos and Video** |
|---|---|
| 701 | Jalise Middleton Cellbrite Report (Full).pdf |
| 702 | Jalise Middleton Cellbrite Report (Clipped).12.22.23.pdf |
| 703 | IMG_1346 (Jan. 5 Outside Capitol).MOV |
| 704 | IMG_1351 (Jan. 6 Outside Capitol).MOV |
| 705 | IMG_1353 (Jan. 6 Outside Capitol).MOV |
| 706 | IMG_1358 (Selfie at Stop the Steal).MOV |
| 707 | IMG_1363 (Trump Speech - Stop the Steal).MOV |
| 708 | IMG_1364 (Trump Speech - Stop the Steal).MOV |
| 709 | IMG_1365 (Trump Speech).MOV |
| 710 | IMG_1366 (Trump Speech - Long).MOV |
| 711 | IMG_1368 (Walking to Capitol).MOV |

| | |
|---|---|
| 712 | IMG_1382 (On the Capitol Grounds).MOV |
| 713 | IMG_1383 (On the Capitol Grounds).MOV |
| 714 | IMG_1384 (Scaffolding).jpeg |
| 715 | IMG_1384 (Scaffolding).MOV |
| 716 | IMG_1386 (Climbing Lamp Pole).MOV |
| 717 | IMG_1391 (Pepper Sprayed Guy).MOV |
| 718 | IMG_1394 (Apparent Pepper Spray).JPG |
| 719 | IMG_1394 (Apparent Pepper Spray).MOV |
| 720 | Storm_DC_Map.docx |
| 721 | 0094~FullSizeRender (Middletons at rally).jpg |

| **800 Series** | **Mark Middleton Cell Phone Photos and Videos** |
|---|---|
| 801 | Mark Middleton Cellbrite Report (Full).pdf |
| 802 | Mark Middleton Cellbrite Report (Clipped).12.21.23.pdf |
| 803 | IMG_1389 (Capitol with Fencing).png |
| 804 | IMG_1389 (J5 Capitol with Bike Racks).MOV |
| 805 | IMG_1397 (MAGA Protest Map).PNG |
| 806 | IMG_1398 (J6 Morning with Bike Racks).jpeg |
| 807 | IMG_1402 (Narrating Stop the Steal, Save Republic).MOV |
| 808 | IMG_1407 (Giuiliani Speaking).MOV |
| 809 | IMG_1414 (On Capitol Grounds).MOV |
| 810 | IMG_1416 (On Capitol Grounds, Climbing Pole).jpeg |
| 811 | IMG_1418 (On Capitol Grounds Climbing Container).jpeg |
| 812 | IMG_1420 (On Capitol Grounds Climbing Container).jpeg |
| 813 | IMG_1424 (Mark Middleton Facebook Post Video).MOV |
| 814 | IMG_1424 (On Capitol Grounds Climbing Container).JPG |
| 815 | IMG_1425 (Bike Racks).jpeg |
| 816 | IMG_1426 (Ambulance with bike rack).MOV |
| 817 | IMG_1426 (Bike Racks).jpeg |
| 818 | 0029~FullSizeRender (Missing Ballots Meme).jpg |

| **900 Series** | **"Stop the Steal" Materials** |
|---|---|
| 901 | Trump Stop the Steal Speech.pdf |
| 902 | Giuliani Stop the Steal Speech.pdf |

| **1000 Series** | **Miscellaneous** |
|---|---|
| 1001 | Mark Middleton Campaign Website.docx |

| 1100 Series | Physical Evidence |
|---|---|
| 1101 | Mark Middleton's Hat |
| 1102 | Mark Middleton's Jacket |
| 1103 | Jalise Middleton's Coat |
| 1104 | Jalise Middleton's Scarf |
| 1105 | Jalise Middleton's Ring |

\*     \*     \*

>Respectfully submitted,
>MATTHEW M. GRAVES
>United States Attorney
>D.C. Bar No. 481052

By:    */s/ Sean P. McCauley*
>SEAN P. MCCAULEY
>Assistant United States Attorney
>NY Bar No. 5600523
>United States Attorney's Office
>601 D Street NW
>Washington, DC 20530
>Sean.McCauley@usdoj.gov

>*/s/ Brendan Ballou*
>BRENDAN BALLOU
>DC Bar No. 241592
>Special Counsel
>United States Attorney's Office
>601 D Street NW
>Washington, DC 20001
>(202) 431-8493
>brendan.ballou-kelley@usdoj.gov