UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )( |
| | )( Criminal No. 21-367 (RDM) |
| v. | )( Judge Moss |
| | )( Pretrial Conference: January 29, 2024 |
| MARK MIDDLETON and | )( |
| JALISE MIDDLETON | )( |

**PROFFER REGARDING EVIDENCE OF SELF-DEFENSE**[1]

COMES NOW the defendants, Mark and Jalise Middleton, by and through undersigned counsel, and respectfully make a proffer regarding evidence they would use and reference in order to make out a claim of self-defense and defense of another in connection with the two counts of Assaulting, Resisting or Impeding Certain Officers (18 U.S.C. § 111(a)) that they are charged with in this case. Towards this end, Mr. and Ms. Middleton would show:

1. In this case, Mark and Jalise Middleton are charged in a nine-count indictment (Indictment) (ECF #41). They are charged in connection with events occurring outside the United States Capitol on January 6, 2021. In counts one and two, of the Indictment, they are charged with Assaulting, Resisting, or Impeding Certain

---

[1] In a minute order dated January 23, 2024, the Court had ordered the defendants to a file a proffer explaining how there is evidence in this case that makes out a plausible self-defense and defense-of-another defense by January 25, 2024 at 5:00 p.m. Subsequently, Mr. and Ms. Middleton moved the Court to allow them to file the proffer ex parte. Motion to File Response Ex Parte (ECF #119). The defendants then prepared two proffers to submit, one to be submitted ex parte and the other to be submitted on the public docket. The two documents were essentially the same. The defendants intended to file either one or the other of the documents by 5:00 p.m. on January 25, 2024—depending on how the Court ruled on their motion for leave to file the proffer ex parte. However, at 4:46 p.m. on January 25, 2024, the Court issued a minute order that obviated the need to file either one. With very minor, non-substantive edits, this proffer is the one the defendants would have filed by 5:00 p.m. on January 25, 2024 had the Court denied their motion for leave to file the proffer ex parte.

1

Officers.  In count one, the officer in question is identified as " Officer T.T.," and in count two, the officer in question is identified as "Officer R.C."  Indictment at 1-2.

    2.    At trial, it is believed that the evidence will show that the Middletons engaged in the conduct they are charged with in counts one and two of the Indictment in response to the police using excessive force against them and that their conduct was reasonably believed to be necessary to jointly defend themselves against that excessive force.

    3.    The physical evidence the Middletons would use to make out their claim of self-defense and defense of another for counts one and two of the Indictment include ten Body-Worn-Camera (BWC) videos and one third-party video.  These videos are identified the in the Stipulations of the Parties that the parties submitted with their Joint Pretrial Statement.  Joint Pretrial Statement, Attachment F at 2-3 (ECF #116-6).  The BWC videos have exhibit numbers 201 through 210, and the third-party video has exhibit number 221.  Id.  The third-party video is described as "Will Allen-DuPraw All Footage watermarked part 1.mp4," id. at 3, and will be referred to here as the "Watermark Video."  The parties have stipulated to the authenticity and admissibility of all of these videos.  Id. at 2.

    4.    Taken together, the above-referenced videos show that Mr. and Ms. Middleton were part of a crowd of people that had assembled on a terrace on the west side of the Capitol building.  The police had put up a bicycle-rack fence between the crowd and the Capitol building to keep the crowd from moving closer to the Capitol.  The police were standing behind that line.  The videos show that, while on the terrace, Mr.

Ms. Middleton huddled up together several feet back from the bicycle-rack fence. On the videos, they can be seen hugging each other closely with their heads together. Their sides are facing the fence. The videos show that the police then advance the bicycle-rack fence at the spot where the Middletons are, closing the empty space between the Middletons and the fence and then continuing to push so that they are effectively driving the Middletons back into the people behind them, who in turn begin pushing back on them. While the police are pushing Mr. and Ms. Middleton with the fence, some police officers, including Officer R.C., are striking them with batons, Other officers, including Officer T.T., are grabbing hold of them by their clothing and pulling them towards the fence, further preventing them from moving while they are being pushed with the fence and struck with batons. Officer T.T. ends up pepper spraying Ms. Middleton while holding onto her scarf to prevent her from retreating while he is spraying her. The combined effect of all this was that the police were using force against Mr. and Ms. Middleton that they could not comply with. The could not fall back as they were being pushed by the fence, struck with batons, and pepper sprayed because of the people behind them and because the police themselves were preventing this by grabbing hold of them. Also, they could not respond to the police who were grabbing them and pulling them towards the fence because they were being driven back by the fence, the baton strikes, and the pepper spraying. Because the police were using force against Mr. and Ms. Middleton that they could not comply with, the police were using excessive force against the Middletons. The videos show that Mr. and Ms. Middleton resisted Officer T.T. and Officer R.C. and fought back against them to extricate themselves from the untenable

3

situation the police had put them in through the use of this excessive force. Mr. and Ms. Middleton did what they did because it seemed reasonably necessary to do so to escape the excessive force the police were using.

5.  The altercation between Mr. and Ms. Middleton and police officers that led to them being charged in counts one and two of the Indictment and the pertinent surrounding circumstances are captured on the above-referenced BWC videos during the time-stamped period of 14:06:00 to 14:10:20. They are captured on the Watermark Video during the time-stamped period of 1:30-2:30. While all of the videos show various aspects of the altercation, some show the important aspects particularly well. Details from these videos are described below. These videos are all in the USAfx file for this case has captioned, "Video Evidence in United States v. Middleton, 21cr367" to which the Court has been provided a link by the government.

### Officer Umit Yakub's BWC Video (Exhibit #210)

14:07:20-14:08:00—Officer Yakub is at the bicycle-rack fence. Mr. and Ms. Middleton are to his left. They are huddled up together about five feet back from the fence. People are walking between the Middletons and the fence.

### Rickie Chasten's BWC (Exhibit #206)

14:09:07-14:09:27—Officer Chasten goes up to the police line. Mr. Middleton's hat can be seen on other side of fence between the helmets of two officers who are in front of Officer Chasten. Though Mr. Middleton is hugging his wife, she cannot be seen because Officer Chasten's view of her is blocked by one of the officers in front of him. It is clear that Mr. Middleton is several feet from the fence.

14:09:27-14:09:46—An officer yells, "Push! Push!" This is Officer Thau. The police begin pushing the fence forward towards the Middletons. Officer Thau moves in front of Officer Chasten. He is yelling, "Get Back!" over and over and swinging his baton. He is striking Mr. Middleton.

4

14:09:46-14:09:57—Mr. Middleton yells, "Fuck you!" at Officer Thau. The police are pushing the fence against him. A man can be seen directly behind Mr. Middleton. He is leaning against Mr. Middleton, pushing him into the fence. Officers are yelling, "Keep pushing! Keep pushing!"

14:09:57-14:10:04—An officer can be heard yelling, "Snatch 'em!" over and over. This is Officer Toran. Hands of various officers can be seen reaching over the fence at the Middletons.

14:10:04-14:10:09—Officer Toran can be seen grabbing hold of the scarf that Ms. Middleton has wrapped around her neck. Mr. Middleton can be seen grabbing the forearm of Officer Toran in an attempt to get him to let go of his wife. Officer Chasten can be seen swinging his baton at Ms. Middleton, striking her while Officer Toran is holding her by her scarf so she can't get away. Ms. Middleton can be seen slapping at the officers in defense of herself and her husband. Officer Toran begins pepper spraying Ms. Middleton while continuing to hold onto her scarf.

14:10:09-14:10:20—Officer Chasten's view of the Middletons becomes blocked by the officers in front of him, but it clear that the officers are continuing to push the fence forward.

**Officer Daniel Thau's BWC Video (Exhibit #203)**

14:09:15-14:09:25—Officer Thau calls out to another officer and gets him to go with him up to the police line. The police line is stationary, and no one appears to be pushing on it.

14:09:25-14:09:35—When Officer Thau gets up to the police line, he yells, "Push! Push!" and the police begin to push the fence forward. At 14:09:35, the lower part of Mr. Middleton's body can be seen (under the sign that says "Property of US Capitol Police"). The fence has been pushed all the way up against him. There is clearly someone standing directly behind Mr. Middleton. Mr. Middleton is still huddling with his wife at this point, but she cannot be seen because Officer Thau's view of her is blocked.

14:09:35-14:09:46—The police are continuing to push the fence against the Middletons. At least one person can be seen directly behind Mr. Middleton. Officer Thau is yelling, "Get back!" over and over again and stiking Mr. Middleton with his baton. Mr. Middleton yells, "Fuck you!" at Officer Thau.

5

14:09:46-14:10:20—Officer Thau gets right in behind other officers, and his camera's view gets blocked. It is clear he is helping the officers in front of him push the fence forward. He can be heard yelling, "Keep pushing!" over and over.

### Tyrone Toran's BWC Video (Exhibit #207)

14:07:29-14:08:59—Officer Toran is at the bicycle-rack fence. Mr. and Ms. Middleton can be seen huddled up together at least three feet back from the fence. They are in front of him, slightly to the right. People can be seen walking along the fence line in the space between the Middletons and the fence.

14:08:59-14:09:53 —Officer Toran moves to his left down the fence line, and his camera no longer shows matters related to the Middletons (though at times they can be seen in the far right periphery of the camera).

14:09:53-14:10:07—Officer Toran goes back to the part of the fence near where the Middletons are. He can be heard yelling, "Snatch 'em!" over and over. It is clear the police have already begun pushing the fence forward and have caused it to come into contact with the Middletons. As he is yelling, "Snatch 'em!" over and over, Officer Toran worms his way through the police who are pushing the fence to get up to the very front.

14:10:04—Officer Toran's camera shows that he has reached his left hand over the Fence and grabbed hold of the scarf that Ms. Middleton has wrapped around her neck. It also shows that Mr. Middleton has grabbed Officer's Toran's forearm in an attempt to get him to let go of his wife.

14:10:04-14:10:11—While Officer Toran is holding onto Ms. Middleton's scarf so she can't get away, another officer is striking her with his baton. This is Officer Chasten. Ms. Middleton slaps at the officers. While continuing to hold her scarf to keep her from getting away, Officer Toran begins pepper spraying her.

14:10:11-14:10:20—Officer Toran finally lets go of Ms. Middleton's scarf, and she and her husband are able to push back through the crowd behind them to retreat while the police continue to push the fence forward.

### Watermark Video (Exhibit #221)

1:50-1:52—The camera pans to where Mr. and Ms. Middleton are. They are huddled together. The police have just pushed the fence up against them. An officer can be seen reaching over the fence and grabbing a hold of Mr. Middleton.

6

1:52-1:58—The camera moves slightly left so that people on the other side of the Middletons can be seen pushing against them, pushing them towards the fence. Initially, it appears there are 4 people pushing against them. Mr. and Ms. Middleton just remain huddled up. The camera pans away.

2:10—The camera pans back to the Middletons very briefly. The police are still pushing the fence against them while a man on the other side of them is leaning against them with his forearm braced against Mr. Middleton's left shoulder. Mr. and Ms. Middleton are still huddled up together.

2:14-2:22—The camera pans back to Mr. and Ms. Middleton. The police are still pushing the fence into them. Officer Toran has grabbed hold of Ms. Middleton's scarf, and Mr. Middleton has grabbed Officer Toran's forearm to get him to let go of his wife. Officer Toran is pulling Ms. Middleton towards him while Officer Chasten is striking her with his baton. Ms. Middleton is slapping at the officers. Mr. Middleton falls off balance and grabs onto the fence with his right hand. An officer grabs him by the scarf he has wrapped around his neck. As he pulls back, the officer holds onto the scarf, pulling it off of him. Officer Toran begins pepper spraying Ms. Middleton with a device he his holding in his right hand while he continues to hold onto her scarf with his left hand to keep her from getting away.

2:22-2:26—Officer Toran finally lets go of Ms. Middleton's scarf, and she and Mr. Middleton are able to push back through the crowd to get away. The police continue pushing the fence forward.

WHEREFORE, the defendants, Mark and Jalise Middleton, make a proffer regarding evidence they would use and reference in order to make out a claim of self-defense and defense of another in connection with the two counts of Assaulting, Resisting or Impeding Certain Officers (18 U.S.C. § 111(a)) that they are charged with in this case.

Respectfully submitted,

\_\_\_\_\_/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Mark Middleton
717 D Street, N.W.
Suite 310
Washington, DC 20004
jerryraysmith@verizon.net
(202) 347-6101

_____/s/_____
Robert Jenkins
U.S. District Court Bar No. CO0003
Counsel for Jalise Middleton
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
RJenkins@BynumAndJenkinsLaw.com
(703) 309-0899