# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JALISE MIDDLETON, and<br>MARK MIDDLETON,<br><br>   *Defendants*. | Criminal No. 21-367 (RDM) |

## ORDER

Attached hereto are the Court's proposed final *voir dire* and preliminary jury instructions, as well as the Court's pretrial order.

**SO ORDERED**.

             /s/ Randolph D. Moss
             RANDOLPH D. MOSS
             United States District Judge

Date: January 31, 2024