UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )( |
| | )(  Criminal No. 21-367 (RDM) |
| v. | )(  Judge Moss |
| | )(  Trial: February 5, 2024 |
| MARK MIDDLETON and | )( |
| JALISE MIDDDLETON | )( |

ADDITIONAL OBJECTION AND PROPOSED CORRECTIONS
TO GOVERNMENT'S PROPOSED JURY INSTRUCTIONS
AND ADDITION TO DEFENDANTS' PROPOSED INSTRUCTION
REGARDING SELF-DEFENSE AND DEFESNE OF ANOTHER

COMES NOW the defendants, Mark Middleton and Jalise Middleton, by and through undersigned counsel, and respectfully submit an additional objection and proposed corrections to the government's proposed jury instructions and an addition to the jury instruction they proposed regarding self-defense and defense of another. Towards this end, Mr. and Ms. Middleton submit the following:

1. In this case, Mr. and Middleton have been charged in a nine-count indictment (Indictment, ECF #41). In counts one and two of the Indictment, Mr. and Ms. Middleton are charged with the felony offense of Assaulting, Resisting, or Impeding Certain Officers in violation of 18 U.S.C. § 111(a)(1). In count one, the officer at issue is identified as Officer T.T. and in count two, the officer at issue is identified at Officer R.C. Indictment at 1-2. In count three of the Indictment, Mr. and Middleton are charged with the felony offense of Civil Disorder in violation of 18 U.S.C. § 231(a)(3). In this count, it is alleged that they "committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is, Officers T.T. and R.C,

1

…during the commission of a civil disorder." Id. at 2-3. In count four of the Indictment, Mr. and Ms. Middleton are charged with the felony offense of Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512(c)(2), a . Id. at 3. In counts five through nine of the Indictment, Mr. and Ms. Middleton are charged with misdemeanors. Id. at 3-5.

    2.    On January 12, 2024, the parties submitted a Joint Pretrial Statement (ECF #116). Attachment B to Joint Pretrial Statement was the Government's Proposed Jury Instructions (ECF #116-2). Attachment C was the Defendants' Objections to the Government Proposed Jury Instructions and Proposed Additional Instructions (ECF #116-3).

    3.    In its proposed jury instructions, in connection with counts one and two of the Indictment, the government requests an instruction that tells the jurors that, for the "intent to commit another felony" element of § 111(a), "'another felony' refers to the offenses charged in Counts Three and Four"—that is, the 231 count and the 1512 count. Government's Proposed Jury Instructions at 16, 21. Mr. and Ms. Middleton object to this. Given the overlap in the elements and facts of the of the offenses charged in counts one and two, on the one hand, and the offense charged in count three, on the other hand, the offense charged in count three cannot be meaningfully considered "another felony" for the purposes of the "intent to commit another felony" element of the offenses charged in counts one and two. Accordingly, for the "intent to commit another felony" element of these offenses, Mr. and Ms. Middleton request that the jurors simply be instructed that "'another felony' refers to the offense charged in Count Four"—that is, the 1512 count. In the event the Court is unwilling to do this, then Mr. and Ms. Middleton request that the

2

Court at least instruct the jurors that, for the "intent to commit another felony" element of the offenses charged in counts one and two, they have to unanimously agree on what the other felony is.

    4.    In the Joint Pretrial Statement, Mr. and Middleton propose an instruction for "Self-Defense and Defense of a Third Party." Defendants' Objections to the Government Proposed Jury Instructions and Proposed Additional Instructions at 4-5. In this instruction, it is indicated:

> Self-defense and defense of another are defenses to the charge of Assaulting, Resisting, or Impeding a Police Officer under 18 U.S.C. § 111(a) [counts one and two], to the charge of Obstructing, Impeding, of Interfering with a Law Enforcement Officer during a Civil Disorder under 18 U.S.C. § 231(a)(3) [count three], and to the charge of Physical Violence in a Capitol Building or Grounds under 40 U.S.C. § 5104(e)(2)(F) [count nine].

Id. at 5. Mr. and Ms. Middleton now request that the jurors be additionally told that self-defense and defense of another are defenses to Engaging in Physical Violence in a Restricted Building or Grounds under 18 U.S.C. § 1752(a)(4) (count seven).

    WHEREFORE, the defendants, Mark and Jalise Middleton, submit an additional objection and proposed corrections to the government's proposed jury instructions and an addition to the jury instruction they proposed regarding self-defense and defense of another.

    Respectfully submitted,
       /s/
    Jerry Ray Smith, Jr.
    D.C. Bar No. 448699
    Counsel for Mark Middleton
    717 D Street, N.W., Suite 310
    Washington, DC 20004
    jerryraysmith@verizon.net
    (202) 347-6101

        /s/
Robert Jenkins
U.S. District Court Bar No. CO0003
Counsel for Jalise Middleton
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
RJenkins@BynumAndJenkinsLaw.com
(703) 309-0899