CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Civil/Criminal No.: 21-CR-367
)
JALISE MIDDLETON )
MARK MIDDLETON )

## NOTE FROM JURY

Can we consider the entire C-Span Speech of Rudy Guiliani as evidence Exhibit 904 or only the portions played in Court?

Date: 02-13-2024

Time: 10:19 AM

/FOREPERSON