# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JALISE MIDDLETON, and<br>MARK MIDDLETON,<br><br>*Defendants*. | Criminal Action No. 21-367 (RDM) |

## ORDER

For the reasons stated on the record at the status hearing held today, February 28, 2024, it is hereby **ORDERED** that:

1. All conditions of release set forth in the Revised Order Setting Conditions of Release as to Jalise Middleton, Dkt. 130, and the Revised Order Setting Conditions of Release as to Mark Middleton, Dkt. 131, remain in effect.

2. The Court **GRANTS** the request by Pretrial Services to add voice recognition as a form of location monitoring technology that Pretrial Services is authorized to use to monitor the defendants.

3. The Court clarifies that if one defendant has an appointment that authorizes that defendant to leave the home, such an appointment does not authorize the other defendant to leave the home to accompany the other defendant.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: February 28, 2024