UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

21-CR-367 (RDM)

v.

JALISE MIDDLETON.
    Defendant.

## MOTION TO PERMIT TRAVEL

Comes now the defendant, JALISE MIDDLETON, by and through counsel and moves this Honorable Court for leave to modify her conditions of release to permit her to travel to her daughter's residence located at 620 s 9th St. Douglas, Wy 82633. Mrs. Middleton seeks permission to travel between April 2, 2024 to May 6, 2024. In support of which, counsel states the following:

1. Mrs. Middleton is awaiting sentencing. She is currently on conditions of release. Among other things, Mrs. Middleton is required to reside at her current residence. She is further on house arrest.

2. The conditions were imposed on February 28, 2024. Since that then, Mrs. Middleton has been following all conditions.

3. Mrs. Middleton's adult daughter, Victoria Elizabeth Middleton, is pregnant. She is experiencing significant complications related to the pregnancy. A description of her condition is documented in the attached exhibits. *See* Exhibit 1 & 2. The condition renders her weak and in need of assistance.

4. The defendant request the opportunity to travel to assist her daughter.

5. If permitted, she would travel via automobile departing on April 2, 2024, at 6:00 am. She would return on May 6, 2024, again traveling by automobile.

1

Wherefore, the defendant respectfully requests that her conditions be modified to permit her to travel to her daughter's residence located at 620 s 9th St. Douglas, Wy 82633. Mrs. Middleton seeks permission to travel between April 2, 2024 to May 6, 2024.

I ASK FOR THIS:

_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record on this March 29, 2024.

_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON