UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

21-CR-367 (RDM)

v.

JALISE MIDDLETON.
     Defendant.

**REPLY TO GOVERNMENT OPPOSITION TO DEFENDANT'S MOTION TO PERMIT TRAVEL**

Comes now the defendant, JALISE MIDDLETON, by and through counsel and files this reply to the government's opposition to her motion to permit travel.

**I.    Relevant Procedural History**

On March 29, 2024, Mrs. Middleton filed a request to permit her to modify her conditions of release to permit her to travel to her daughter's residence located at 620 s 9th St. Douglas, Wy 82633.  Mrs. Middleton seeks permission to travel between April 2, 2024, to May 6, 2024.

On April 1, 2024, in response to this court's minute order, the government filed its opposition.  Mrs. Middleton now files this reply urging this Honorable Court to grant her request.

**II.    Argument**

Again, Mrs. Middleton is awaiting sentencing.  She is currently on conditions of release.  While arguing that her request should be denied the government ignores Mrs. Middleton's strict compliance with her conditions of release for nearly 30 months.  This fact alone counters any suggestion that she is untrustworthy and cannot be expected to continue to comply with conditions of release imposed by this court.  It is noteworthy, that while the government suggestion that travel via automobile presents some unreasonable risk also ignores the fact that in setting her current conditions of release this Honorable Court permitted Mrs. Middleton to

travel via automobile from her home in Texas to Washington, DC prior to trial as well as after the conclusion of the jury trial. Both travels were accomplished without incident.

Further, the government's opposition suggests there are practical impediments to Mrs. Middleton being able to comply with the electronic monitoring in the event this Honorable Court were to grant her requests. These issues raised by the government can be addressed. Mrs. Middleton submits that her daughter's residence can be equipped with the same devices currently being employed at the Middleton's home to facilitate the electronic monitoring. Mrs. Middleton is willing to assists in any manner to accomplish this task.

### III.    Conclusion.

Mrs. Middleton prays that this Honorable Court modify her conditions of release to permit her to travel to her daughter's residence located at 620 s 9th St. Douglas, Wy 82633. Mrs. Middleton seeks permission to travel between April 2, 2024 to May 6, 2024.

I ASK FOR THIS:

_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record on this April 2, 2024.

_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON

3