UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America        )
                                )
    v.                          )    USDC No. 21-cr-367-01 (RDM)
                                )
Jalise Middleton, *defendant.*   )

NOTICE OF APPEARANCE

THE CLERK WILL PLEASE NOTE the appearance of Nathan I. Silver, Esq., as attorney of record in the above-referenced case this 6th day of May, 2024, appointed by this Court under the Criminal Justice Act.

This pleading is,

Respectfully submitted,

*Nathan I. Silver*
NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
(240) 441-1199 (cell)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Notice has been served via ECF upon assistant U.S. Attorney Sean Patrick McCauley of the U.S. Attorney's Office for the District of Columbia, and Brendan Ballou, Esq., USDOJ-USAO (Antitrust Division), attorneys of record for the government this 6th day of May, 2024.

_____*Nathan I. Silver*_____