## ATTACHMENT 2

According to the following quarterly reports, the organization that the Middletons founded and run, the American Patriot Relief Project, received $113,400.10 in total revenue and a net revenue of $14,911.09 in 2023. Although these reports list the amount of "assistance" dispersed each month, they do not note who received this assistance.

**American Patriot Relief**
Profit and Loss
January - March, 2023

| | TOTAL |
|---|---|
| **Revenue** | |
| Contributions | 11,372.22 |
| **Total Revenue** | **$11,372.22** |
| GROSS PROFIT | $11,372.22 |
| **Expenditures** | |
| Advertising/Marketing | 90.72 |
| Assistance | 6,542.55 |
| Bank/Credit Card fees | 537.66 |
| Consulting - Legal Consulting | 503.00 |
| Event fees | 1,233.02 |
| Office Subscriptions | 15.99 |
| Office supplies | 305.53 |
| Printing | 539.60 |
| Travel | 480.81 |
| **Total Expenditures** | **$10,248.88** |
| NET OPERATING REVENUE | $1,123.34 |
| NET REVENUE | $1,123.34 |

## American Patriot Relief
### Profit and Loss
#### April - June, 2023

|  | TOTAL |
|---|---|
| **Revenue** |  |
| Contributions | 24,013.71 |
| **Total Revenue** | **$24,013.71** |
| **GROSS PROFIT** | **$24,013.71** |
| **Expenditures** |  |
| Advertising/Marketing | 4,824.00 |
| Assistance | 13,430.68 |
| Bank/Credit Card fees | 556.20 |
| Consulting - Accounting & Taxes | 140.00 |
| Consulting - Legal Consulting | 3.00 |
| Contribution Refunds | 45.00 |
| Direct Mail/Emails/Texting | 1,500.00 |
| Event fees | 208.30 |
| Office Subscriptions | 375.67 |
| Office supplies | 458.21 |
| Printing | 663.56 |
| Shipping & postage | 12.60 |
| Website | 141.84 |
| **Total Expenditures** | **$22,359.06** |
| NET OPERATING REVENUE | $1,654.65 |
| NET REVENUE | $1,654.65 |

## American Patriot Relief
### Profit and Loss
#### July - September, 2023

|  | TOTAL |
|---|---|
| **Revenue** |  |
| Contributions | 30,968.04 |
| **Total Revenue** | **$30,968.04** |
| **GROSS PROFIT** | **$30,968.04** |
| **Expenditures** |  |
| Advertising/Marketing | 5,789.00 |
| Assistance | 17,153.30 |
| Bank/Credit Card fees | 626.88 |
| Consulting - Accounting & Taxes | 1,093.75 |
| Contribution Refunds | 25.00 |
| Event fees | 816.01 |
| Food and Beverage | 251.06 |
| Lodging | 803.52 |
| Office Subscriptions | 242.04 |
| Office supplies | 658.66 |
| Printing | 340.83 |
| Shipping & postage | 64.35 |
| **Total Expenditures** | **$27,864.40** |
| NET OPERATING REVENUE | $3,103.64 |
| NET REVENUE | $3,103.64 |

# American Patriot Relief

## Profit and Loss
### October - December, 2023

|  | TOTAL |
|---|---:|
| **Revenue** | |
| Contributions | 47,046.10 |
| **Total Revenue** | **$47,046.10** |
| **GROSS PROFIT** | **$47,046.10** |
| Expenditures | |
|   Advertising/Marketing | 950.00 |
|   Assistance | 33,868.58 |
|   Bank/Credit Card fees | 987.22 |
|   Consulting - Accounting & Taxes | 50.00 |
|   Event fees | 530.00 |
|   Office Subscriptions | 331.17 |
|   Office supplies | 303.41 |
|   Printing | 986.61 |
|   Shipping & postage | 9.65 |
| **Total Expenditures** | **$38,016.64** |
| **NET OPERATING REVENUE** | **$9,029.46** |
| **NET REVENUE** | **$9,029.46** |