UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | USDC No. 21-cr-367 (RDM) |
| ) | |
| Jalise Middleton, *defendant*. ) | |

MOTION TO WITHDRAW
AS COUNSEL (ACTUAL CONFLICT)

Undersigned counsel, Nathan I. Silver, Esq, appointed by this Court under the Criminal Justice Act ("counsel"), hereby moves the Court to permit his withdrawal as defendant's counsel because of a conflict in continuing to represent him  Upon further review, and guidance from A.J. Kramer, Esq., Federal Public Defender for the District of Columbia, and his office, counsel is convinced that an actual conflict exists that prohibits his further service in this case.

The Court was previously advised of the issue in counsel's Notice (Potential Conflict), ECF Doc. 156, filed May 24, 2024.

A proposed Order is attached.

WHEREFORE, undersigned counsel moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

*Nathan I. Silver*
NATHAN I. SILVER, ESQ.
D.C. Bar No. 944314
6300 Orchid Drive, Bethesda, MD 20817
(301) 229-0189/(301) 229-3625 (fax)
(240) 441-1199 (cell)
Email: nisquire@aol.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of this Notice has been served via ECF upon assistant U.S. Attorney Sean P. McCauley, Esq., of the U.S. Attorney's Office for the District of Columbia, , and Brendan Ballou, Esq., USDOJ-Antitrust Division, attorneys of record for the government this 27th day of May, 2024.

                                                _____*Nathan I. Silver*_____