IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-367(RDM) |
| | ) | |
| | ) | |
| JALISE MIDDLETON | ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as CJA counsel for Jalise Middleton in the above captioned case.

                                              Respectfully submitted,

                                              KIRA ANNE WEST

By:          /s/ *Kira Anne West*
                          Kira Anne West
                          DC Bar No. 993523
                          712 H Street N.E., Unit 509
                          Washington, D.C. 20002
                          Phone: 202-236-2042
                          kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 29th day of May, 2024 a copy of same was delivered to the parties of record, by email pursuant to the rules of the Clerk of Court.

                                              /S/ Kira West
                                              Kira Anne West