IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 21-CR-367(RDM) |
| ) | |
| ) | |
| JALISE MIDDLETON ) | |

NOTICE OF FILING

Defendant Jalise Middleton hereby files her letter for sentencing attached as exhibit 1.

Respectfully submitted,

By:     /s/ *Kira A. West*
Kira Anne West
DC Bar No. 993523
712 H. St. N.E., Unit #509
Washington, D.C. 20005
Phone: 202-236-2042
kiraannewest@gmail.com

1