The Honorable Randolph D. Moss
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave.
 N.W. Washington, D.C. 20001

October 18,2024

Dear Judge Moss,

I would just like to start out by saying that after my arrest I spent two months sitting on my front porch reflecting on the events of January 6th, my responsibility, and where I needed to repent before my Lord and Savior Jesus Christ. I would like to share the conclusions I came to on the porch during this time with this court. I realized I went to January 6th with the wrong attitude. The Lord had called me there that day, and I acted in obedience by attending the rally. But I really did not know what my job was once I arrived there. With that said, I came out of that with assurance that I did not have the right attitude in going to Washington DC. I did not successfully fulfill what I was called to do that day. I felt responsible to let my voice be heard and make a difference. The truth is, Jesus Christ makes the difference. My only job that day was to pray and stand firm. Amidst the chaos that quickly ensued, I forgot to trust him. Furthermore, I do passionately believe my actions that day were consistent with what any person would have done in our shoes. It was a natural human response when attacked unexpectedly to try to defend ourselves. I have been told my entire life that there is a human instinct called fight or flight. When a person is in fear, they will do one of the two. The option to flee the area would have been ideal, but it was not as simple as what everyone made it out to be. As soon as I was released, I did that very thing. In hindsight, I wished I would have never tried to make my way up to the barricades. I had several reasons for it that day. One of them was very immature and selfish. That of hoping that we would be on the news being scene praying for our country. Standing tall for what we believed was right. For that, I am also sorry. My standard is much higher than just what the law allows. It is what the Lord asks of me that takes a much higher calling. I am deeply sorry that I did not represent Him in the way that would have the biggest positive impact on the lives around me. On that note I would want to make a plea to you that if you did not know my Lord Jesus Christ, I would hope you would seek him, and know him.

I would also like to express to the court today that I truly am a lover of people and consider myself (as the Bible puts it) my brother's keeper. Meaning that I will put myself second and my brother first. (Whoever my brother may be at the time.) With that said, I failed in that on January 6th also. I knew that it had to be scary for those officers that day looking in the face of over two million people, knowing that only a bicycle rack separated us. I did not do an excellent job putting my brother (the police officers) first. In fact, I momentarily found myself indifferent to the situation they were facing. In a million years I would never set out to harm a police officer, and I am sad that they felt afraid that day. I am also incredibly sad, broken actually, that people died that day. Ashli Babbitt, Roseanne Boyland, Kevin Greeson, Benjamin Phillips and the next day, Brian Sicknick. In my wildest dreams I would not have imagined that anybody would die that day. When I reflect on the immaturity of my thought processes that day, it is noticeably clear that I was extremely naive to the conditions

around me. That was one of my greatest embarrassments and sorrows of the day. I did not realize the seriousness, that lives were being destroyed that could never be received back, or the danger it posed. For that I am so sorry. When I got back to the hotel after our assault, it was very clear to me how badly things had become, and that lives were being lost.

Early on I read a quote from you and I would like to share it with this court. "It means that it will be harder today than it was seven months ago for the United States and our diplomats to convince other nations to pursue democracy, "It means that it will be harder for all of us to convince our children and our grandchildren that democracy stands as the immutable foundation of this nation. It means that we are now all fearful about the next attack in a way that we never were." I completely agree with your statement,  however I would also add that it will be harder to convince the world that we are any different than Russia with the infamous Russian gulags if we continue to overcharge, and over sentence our own American citizens and leave them in poor living conditions for extended periods of time. It will be much harder to convince the world that we are any different than China when they attacked their own people at Tiananmen Square, when we ourselves attack our own citizens at the United States capitol. I pray that you will be the one of your peers that stands judiciously to protect our country from that reputation.

As stated earlier, I answer to a mighty God, the feeling that I let Him down has weighed heavy on me. We are in a war between good and evil. That is why I continued to speak out through all the different platforms that I had the opportunity. There is a saying that goes "you don't know what you don't know." And "that the people perish due to lack of knowledge." Hosea 4:6 As my "brother's keeper" I felt an extraordinarily strong calling and responsibility to the American people to educate them that Jesus Christ lives and time is growing short. There will be no apology for speaking out publicly against the evil that I see. In fact, it would be negligent if I did not. If you knew someone who could potentially be in imminent harm, would you not feel responsible to tell them so? I apologize for any information that I may not have relayed accurately, as the revelations of that day is still coming to light.

I pray that this court does not take offense to my boldness, it has been shared in love. God bless you, God blessed our constitution, and He will once again bless the United States of America.


Jalise Middleton