UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-CR-367 |
| : | |
| MARK MIDDLETON & : | |
| JALISE MIDDLETON : | |
| : | |
| Defendants. : | |

## UNITED STATES' NOTICE OF AUTHORITY

The government attaches as Exhibit 1 an excerpted portion of the October 3, 2024 transcript of the sentencing in *United States v. Oliveras*, 21-CR-738 (BAH), in which Judge Howell applied U.S.S.G. § 5K2.7 to a defendant whose words and actions were similar to the Middletons'.  The parties' arguments on the issue begin on page 32 of the transcript, and the Court's final rationale is contained on pages 46 through 50.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Sean P. McCauley
SEAN P. McCAULEY
New York Bar No. 5600523
Assistant United States Attorney
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Sean.McCauley@usdoj.gov

Brendan Ballou
DC Bar No. 241592
Special Counsel
United States Attorney's Office
For the District of Columbia
601 D Street NW

Washington, DC 20001<br>
(202) 431-8493<br>
brendan.ballou-kelley@usdoj.gov