Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 21-367 (RDM)
)
Jalise Middleton )

## NOTICE OF APPEAL

Name and address of appellant:
Jalise Middleton
365 County Rd 326
Forestburg, TX 76239

Name and address of appellant's attorney:
Kia Anne West
712 H St NE, Unit 509
Washington, DC 20002

Offense: 18 USC 111(a), 231(a)(3); 1752(a)(1),(a)(2) & (a)(4); 5104(e)(2)(d) &(e)(2)(f)

Concise statement of judgment or order, giving date, and any sentence:
20 months incarceration on counts 1, 2 + 3; 12 months on counts 5, 6, + 7 + 6 months on counts 8 + 9. Terms shall run concurrently. $2,000.00 Fine No restitution. 3 Years supervised release, Special Assessment of $395.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

10/23/24
DATE

Jalise Middleton by Kia A West
APPELLANT

Kia West
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?   YES [ ]   NO [✓]
Has counsel ordered transcripts?   YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✓]   NO [ ]