UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    21-CR-367 (RDM)

JALISE MIDDLETON.
    Defendant.

**MOTION FOR APPROVAL OF CJA CLAIM FOR COMPENSATION**

Comes now Robert L. Jenkins, Jr., former counsel for the defendant, JALISE MIDDLETON, and moves this Honorable Court approve his claim for compensation pursuant to the Criminal Justice Act. In support of which, counsel states the following:

1. Counsel was appointed by this Honorable Court to serve as counsel for the defendant in the above-styled matter pursuant to the Criminal Justice Act, 18 U.S.C. 3006(A).

2. In connection with his representation counsel has submitted claims for compensation for approval by this Honorable Court. In total, counsel has submitted a total of 12 claims. None, exclusive of one, have been approved at the time of this filing.

3. Following is a list of the remaining 11 outstanding vouchers which remain unapproved:

**Vouchers on File**

To group by a particular Header, drag the column to this area.          Search:

| Case | Defendant | Type | Status | Date Entered |
|---|---|---|---|---|
| 1:21-CR-00367-RDM- Start: 02/12/2024 End: 04/24/2024 | JALISE MIDDLETON (# 1) Claimed Amount: 2,508.96 | CJA-20 Robert Lee Jenkins | Submitted to Court 0090.1684056 INTERIM PAYMENT 11 | 06/12/2024 |
| 1:21-CR-00367-RDM- Start: 04/25/2024 End: 05/06/2024 | JALISE MIDDLETON (# 1) Claimed Amount: 688.00 | CJA-20 Robert Lee Jenkins | Submitted to Court 0090.1726065 FINAL PAYMENT 12 | 06/12/2024 |
| 1:21-CR-00367-RDM- Start: 01/22/2024 End: 02/09/2024 | JALISE MIDDLETON (# 1) Claimed Amount: 21,367.52 | CJA-20 Robert Lee Jenkins | Submitted to Court 0090.1677588 INTERIM PAYMENT 10 | 04/10/2024 |
| 1:21-CR-00367-RDM- Start: 12/19/2023 End: 01/12/2024 | JALISE MIDDLETON (# 1) Claimed Amount: 3,231.60 | CJA-20 Robert Lee Jenkins | Submitted to Court 0090.1658064 INTERIM PAYMENT 9 | 01/18/2024 |
| 1:21-CR-00367-RDM- Start: 11/17/2023 End: 12/18/2023 | JALISE MIDDLETON (# 1) Claimed Amount: 3,411.20 | CJA-20 Robert Lee Jenkins | Submitted to Court 0090.1645499 INTERIM PAYMENT 8 | 01/11/2024 |
| 1:21-CR-00367-RDM- Start: 09/26/2022 End: 01/09/2023 | JALISE MIDDLETON (# 1) Claimed Amount: 5,425.60 | CJA-20 Robert Lee Jenkins | Submitted to Court 0090.1477140 INTERIM PAYMENT 1 | 12/18/2023 |
| 1:21-CR-00367-RDM- Start: 09/20/2023 End: 11/16/2023 | JALISE MIDDLETON (# 1) Claimed Amount: 2,460.00 | CJA-20 Robert Lee Jenkins | Submitted to Court 0090.1616229 INTERIM PAYMENT 7 | 12/13/2023 |
| 1:21-CR-00367-RDM- Start: 07/12/2023 End: 09/07/2023 | JALISE MIDDLETON (# 1) Claimed Amount: 1,672.80 | CJA-20 Robert Lee Jenkins | Submitted to Court 0090.1584894 INTERIM PAYMENT 6 | 09/17/2023 |
| 1:21-CR-00367-RDM- Start: 06/07/2023 End: 07/10/2023 | JALISE MIDDLETON (# 1) Claimed Amount: 4,214.80 | CJA-20 Robert Lee Jenkins | Submitted to Court 0090.1567582 INTERIM PAYMENT 5 | 07/13/2023 |
| 1:21-CR-00367-RDM- Start: 05/10/2023 End: 06/05/2023 | JALISE MIDDLETON (# 1) Claimed Amount: 4,313.20 | CJA-20 Robert Lee Jenkins | Submitted to Court 0090.1553394 INTERIM PAYMENT 4 | 07/13/2023 |



4. Several of the unapproved vouchers have been pending for more than 24 months.

5. Since 1995, counsel has accepted appointments under the Criminal Justice Act to represent indigent defendants.

6. Counsel is a partner in a small private law firm.

7. The extraordinary delay in approval of the aforementioned claims for compensation have presented a financial hardship to counsel.

8. Although counsel is aware of the current congressional budget impasse which may further delay approved claims being compensated, he urges this Honorable Court to take action to approve these claims.

9. Counsel has exhausted efforts to resolve this issue with the Federal Public Defenders Office and request immediate action.

I ASK FOR THIS:

_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and accurate copy of the foregoing to be served on all counsel of record on this September 19, 2025.

_____
Robert L. Jenkins, Jr., Esq.
U.S. District Court Bar No.: CO0003
Bynum & Jenkins Law
1010 Cameron Street
Alexandria, Virginia 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant JALISE MIDDLETON